BROOKLYN FREE KINDERGARTEN SOCIETY and Others, Appellants, v. ELBRAN REALTY CORP. and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HELEN EIFERT, as Administratrix, etc., of JOHN EIFERT, Deceased, Respondent, v. UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARY FARRELL, Respondent, v. UTICA LINCOLN REALTY CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BENJAMIN FRADKIN, Individually and as Guardian ad Litem for REUBEN FRADKIN, an Infant, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

FRED GOLD, Appellant, v. LAKE ERIE ENGINEERING CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion to resettle order of affirmance denied, without costs. [See ante, p. 935.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HERBERT C. HAUTH, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, and THEODORE M. RIEHLE, as Executor, etc., of JOHN M. RIEHLE, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CATHERINE HEDDINK and Another, Appellants, v. LOEW's THEATRE & REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of MAX ENGLANDER, as Administrator, etc., of BETTY ENGLANDER, Deceased, and CELIA ENGLANDER, for Payment of Award Made for Parcel No. 366 in the Proceeding to Acquire Title to Avenue K from Kings Highway to Utica Avenue, Flatlands Avenue from Avenue K to East 108th Street, in the Borough of Brooklyn, City of New York. JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and THE CITY OF NEW YORK, Appellants; MAX ENGLANDER, as Administrator, etc., of BETTY ENGLANDER, Deceased, and CELIA ENGLANDER, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of BURTON W. JAMES to Obtain Order Construing the Last Will and Testament of FREDERICK K. JAMES, Deceased. BURTON W. JAMES, Appellant; JULIA WEBBER and PUTNAM COUNTY NATIONAL BANK OF CARMEL, as Executors, etc., of FREDERICK K. JAMES, Deceased, Respondents.— Motion for reargument denied, without costs. [See ante, p. 925.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Taylor, J., not voting.